**2007–1913.   Reeder v. Knuckles.**

Clermont App. No. CA2006–11–095, 2007-Ohio-4541.

Pfeifer, Lanzinger, and Cupp, JJ., dissent.

**2007–1965.   State v. Matthews.**

Hamilton App. Nos. C–060669 and C–060692, 2007-Ohio-4881. Discretionary appeal accepted; cause held for the decision in 2007–0595 and 2007–0651, *State v. Cabrales*, Hamilton App. No. C–050682, 2007-Ohio-857; and briefing schedule stayed.

**2007–1980.   Young v. Univ. of Akron.**

Franklin App. No. 06AP–1022, 2007-Ohio-4663.

O'Donnell, Lanzinger, and Cupp, JJ., dissent.

**2007–2030.   State v. Sessler.**

Crawford App. No. 3–06–23, 2007-Ohio-4931. Discretionary appeal accepted and cause consolidated with 2007–2426, *State v. Sessler*, Crawford App. No. 3–06–23, 2007-Ohio-4931.

O'Connor, J., dissents.

**2007–2111.   State v. Babb.**

Summit App. No. 23631, 2007-Ohio-5102. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–1703, *State v. Kalish*, Lake App. No. 2006–L–093, 2007-Ohio-3850; and briefing schedule stayed.